Affirmed. Costs will be taxed against defendant.

PENTHOUSE INTERNATIONAL LTD., PLAINTIFF-APPELLANT, CROSS-RESPONDENT, v. EASTMAN KODAK COMPANY, DEFENDANT-RESPONDENT, CROSS-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued December 15, 1981—Decided April 2, 1982.

Before Judges MATTHEWS, PRESSLER and PETRELLA.

*Patrick C. English* argued the cause for plaintiff-appellant (*Dines & English,* attorneys; *Patrick C. English* on the briefs).

*William L. Dill, Jr.* argued the cause for defendant-respondent (*Stryker, Tams & Dill*, attorneys; *Charles H. Friedrich* on the brief).

PER CURIAM.

The judgment of the Chancery Division is affirmed substantially for the reasons expressed by Judge Lester in his opinion which is reported in 179 *N.J.Super.* 155.

Absent proof that the process of defendant is akin to a monopoly or constitutes by analogy a public utility, we agree that defendant may assert the conditions here involved when accepting film for processing.